

# THE STATE OF TEXAS
## MANDATE

TO THE 102ND DISTRICT COURT OF BOWIE COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 1st day of October, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Larry Paul Hollaway, a/k/a Larry Paul Holloway, Appellant | No. 06-13-00254-CR |
| | Trial Court No. 13-F0143-102 |
| v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion, we find no error in the judgment of the court below. We affirm the judgment of the trial court

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 28th day of January, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*